IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By wpena at 12:09 pm, Jan 17, 2017

| | | |
|---|---|---|
| In re: | * | |
| ROGER STEWART, | * | Case No. 15-20943-JSD (Chapter 13) |
| Debtor. | * | |

* * * * * * *   * * * * * *

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION, 907 Pleasant Valley Ave. #3 Mount Laurel, New Jersey 08054-0099 | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 16-02008-JSD |
| ROGER STEWART JR., 152 Cypress Creek Drive NE Ludowici, Georgia 31316, | * | |
| IDA C. STEWART, 152 Cypress Creek Drive NE Ludowici, Georgia 31316, | * | |
| -and- | * | |
| M. ELAINA MASSEY, Not individually, but solely in her capacity as Chapter 13 Trustee, P.O. Box 1717 Brunswick, Georgia 31521-1717, | * | |
| Defendants. | * | |

* * * * * * *   * * * * * *

**ORDER TO RELEASE FUNDS FROM THE COURT REGISTRY**

Pursuant to this Court's Order of December 16, 2016 (Dkt. No. 41), the Clerk of Court is directed to pay to Freedom Mortgage Corporation the $100,000.00 paid into the Registry of the Court, together with any accrued interest. The check shall be made payable to Freedom Mortgage Corporation and sent to the following address:

Freedom Mortgage
ATTN: Tanya Tarver, Servicing Operations Manager (Contested Default)
10500 Kincaid Drive
Suite 300
Fishers, IN 46037

So **ORDERED** this 17th day of January, 2017.

United States Bankruptcy Judge
Southern District of Georgia